**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHUI SHING YUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EOS ENERGY ENTERPRISES, INC., JOE MASTRANGELO, and NATHAN KROEKER,<br><br>Defendants. | No.: 2:26-cv-02372-EP-CF<br><br>**NOTICE OF MOTION OF DUSTIN SCARPA TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: June 1, 2026** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Dustin Scarpa ("Movant"), hereby moves the Honorable Evelyn Padin, United States District Judge, Courtroom 4C, Martin Luther King Jr. Building & U.S. Courthouse, 50

1

Walnut Street, Newark, NJ 07102, for an order appointing Movant to serve as Lead Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated May 5, 2026 (with exhibits); (2) Memorandum of Law in support of Motion dated May 5, 2026; and (3) a [Proposed] Order.

Dated: May 5, 2026                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of May 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>s/ Laurence M. Rosen</u>
Laurence M. Rosen