**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Malcolm T. Brown
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Brown@whafh.com

*Counsel for Lead Plaintiff Movant Samuel Lauer*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHUI SHING YUNG, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>EOS ENERGY ENTERPRISES, INC., JOE MASTRANGELO, and NATHAN KROEKER,<br><br>       Defendants. | Case No: 2:26-cv-02372-EP-CF<br><br>**NOTICE OF NON-OPPOSITION OF SAMUEL LAUER TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br><u>**Motion Date: June 1, 2026**</u> |

**PLEASE TAKE NOTE THAT** on May 5, 2026, Samuel Lauer ("Movant"), pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), filed a motion for entry of an order: (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's selection of Counsel. Dkt. No. 22.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: May 14, 2026             Respectfully Submitted,

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
By: */s/ Malcolm T. Brown*
Malcolm T. Brown
Matthew M. Guiney
Patrick Donovan
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Brown@whafh.com
Guiney@whafh.com
Donovan@whafh.com
Donahue@whafh.com
*Counsel for Lead Plaintiff Movant Samuel Lauer*

1

## CERTIFICATE OF SERVICE

I, Malcolm T. Brown, hereby certify that on May 18, 2026, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: May 14, 2026                           */s/ Malcolm T. Brown*
                                              Malcolm T. Brown

2